

EXHIBIT A

# PROMISSORY NOTE

**$482,511.00**                                                                           **Date: August 18, 2017**

FOR VALUE RECEIVED, Thomas J. Uthe, an individual and resident of the State of Iowa ("Borrower"), promises to pay to Terry Lehrman ("Holder"), or order, the principal sum of Four Hundred Eighty-Two Thousand Five Hundred Eleven and No Hundredths Dollars ($482,511.00) in accordance with the following terms and conditions:

1. PAYMENTS OF PRINCIPAL AND INTEREST. The principal balance and interest shall be paid as set forth on <u>Exhibit A</u> attached hereto, and more specifically described as follows:

    (a) <u>Payment on September 1, 2017</u>: On September 1, 2017, Borrower shall pay Holder a payment in the amount of $100,000.00, of which $87,202.97 shall be applied to the principal balance, and $12,797.03 shall be applied to interest to date. For this payment, interest shall be calculated at the rate of eight percent (8%) per annum amortized over a 20-year period, with interest accruing as of May 2, 2017.

    (b) <u>Payments after September 1, 2017</u>: After September 1, 2017, Borrower shall pay Holder semi-annual payments in the amount of $24,378.14 on May 1st and November 1st of each year, commencing on November 1, 2017, provided, however, that (i) the November 1, 2017 payment shall be in the amount of $13,807.95 and (ii) the entire remaining principal balance and any accumulated interest shall be paid in full on May 1, 2022. For these payments, interest shall be calculated at the rate of eight percent (8%) per annum amortized over a 20-year period, with interest accruing as of May 2, 2017.

2. APPLICATION OF PAYMENTS. Each payment under this Note shall be first applied to any late charge, then to interest, and finally to principal.

3. PREPAYMENT PRIVILEGE. Borrower may prepay the entire indebtedness at any time without penalty.

4. LATE PAYMENT CHARGE. If any periodic installment payment owing under this Note is not timely paid in full and received by Holder within five (5) days after it is due, Borrower shall pay to Holder with the next periodic installment payment a late payment charge equal to nine percent (9%) of the total prior installment payment not timely paid in full.

5. ACCELERATION ON DEFAULT. If any sum owing under this Note is not paid when due and remains unpaid after a date specified by a notice of default to Borrower, or if Borrower fails to observe any covenant of any mortgage or security agreement given to secure this Note a breach of which materially impairs the condition, value or protection of the Holder's rights in the collateral, the entire remaining indebtedness owing under this Note on the date specified shall at once become due and payable in full at the option of the Holder. The date specified as the date for curing the default shall not be less than five (5) days from the date the

1

notice of default is given. If the default is not cured on or before the date specified, the Holder may exercise the option to accelerate the Note by giving notice thereof to the Borrower. If suit is brought to collect this Note, the Holder shall be entitled to collect all reasonable costs and expenses of suit, including, but not limited to, reasonable attorney's fees. Failure by Holder to exercise its rights in the event of a default shall not constitute a waiver of the right to declare the entire principal amount of this Note and default interest thereon due and payable at once at any subsequent time.

6. WAIVER. Presentment for payment, notice of dishonor and protest are hereby waived by Borrower and all sureties, guarantors and endorsers hereof, if any. Sureties, guarantors and endorsers, if any, agree to all of the provisions of this Note, and consent that the time or times of payment of all or any part hereof may be extended after maturity, from time to time, without notice.

7. JOINT AND SEVERAL OBLIGATION. This Note shall be the joint and several obligation of Borrower and all sureties, guarantors and endorsers, if any, and shall be binding upon them and their successors and assigns. This means that the rights of the Holder may be enforced against the persons who are obligated to pay the sums owing under this Note either individually or together.

8. NOTICE. Unless otherwise required by law, any notice or demand required or permitted by the terms of this Note shall be sufficient and deemed complete when expressed in writing and either (a) personally delivered to the person entitled thereto, or (b) deposited at any office of the United States Postal Service in the form of certified mail (return receipt requested) addressed to the last known mailing address of the person entitled thereto, or (c) served on the person entitled thereto in the manner of an original notice under the Iowa Rules of Civil Procedure.

9. SECURITY. This Note is secured by all existing and future security interests contained in mortgages and security agreements between the Maker and Holder and any endorser, surety or guarantor, of this Note. Any default under a security agreement shall be a default hereunder and payment may be accelerated according to any of them. The undersigned agrees that Holder may, without notice or demand, setoff against any credit balance or other money now or hereafter owed the undersigned by Holder any amount unpaid under this Note.

Without affecting the liability of any maker, endorser, surety or guarantor, the Holder may, without notice, renew or extend the time for payment, accept partial payments, release or impair any collateral which is security for the payment of this Note or agree not to sue any party liable. Any maker, endorser, surety or guarantor further agrees that the Holder is not required to first resort for payment to any collateral.

Borrower represents and warrants that the extension of credit evidenced by this Note is for business, commercial or agricultural purposes, or is to an organization.

10. GOVERNING LAW. This Note shall be governed pursuant to the laws of the State of Iowa.

11.    CERTIFICATION.  Borrower and Holder each certify that they are not acting, directly or indirectly, for or on behalf of any person, group, entity or nation named by any Executive Order of the United States Treasury Department as a terrorist, "Specially Designated National and Blocked Person" or any other banned or blocked person, entity, nation or transaction pursuant to any law, order, rule or regulation that is enforced or administered by the Office of Foreign Assets Control; and are not engaged in this transaction, directly or indirectly on behalf of, or instigating or facilitation this transaction, directly or indirectly on behalf of, any such person, group, entity or nation.  Each party hereby agrees to defend, indemnify and hold harmless the other party from and against any and all claims, damages, losses, risks, liabilities and expenses (including attorney's fees and costs) arising from or related to any breach of the foregoing certification.

Words and phrases herein shall be construed as in the singular or plural number, and as masculine, feminine or neuter gender, according to the context.

**<u>IMPORTANT.  READ BEFORE SIGNING</u>:  The terms of this Note should be read carefully because only those terms in writing are enforceable.  No other terms or oral promises not contained in this written contract may be legally enforced. You may change the terms of this Note only by another written agreement.**

**Borrower acknowledges the receipt of a copy of this document at the time it was signed.**

IN WITNESS WHEREOF, Borrower has executed this Promissory Note at _____, Iowa, on the date first set forth above.

BORROWER:

_____
Thomas J. Uthe

3

## Exhibit A

Please see attached.

**Principal:** $482,511.00 amortized over 20 Years at 8% (Ordinary Interest)
**Issued:** 5/2/2017 with first payment on 9/1/2017
**Payment:** Semiannually (Principal + Interest)

| APR % | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| 8.0025% | $143,166.11 | $482,511.00 | $625,677.11 |

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $100,000.00 | 9/1/2017 |
| 1 | $13,807.95 | 11/1/2017 |
| 8 | $24,378.14 | Semiannually beginning 5/1/2018 |
| 1 | $316,844.04 | 5/1/2022 |

| PMT # | Date | Payment Amount | Principal Payment | Interest Payment | Principal Balance | Memo |
|---|---|---|---|---|---|---|
|  | 5/2/2017 |  |  |  | $482,511.00 |  |
| 0-A | 9/1/2017 | $100,000.00 | $87,202.97 | $12,797.03 | $395,308.03 | [    ] |
| 1 | 11/1/2017 | $13,807.95 | $8,565.82 | $5,242.13 | $386,742.21 | [    ] |
|  | 2017 Totals | $113,807.95 | $95,768.79 | $18,039.16 |  |  |
|  | Paid To Date | $113,807.95 | $95,768.79 | $18,039.16 |  |  |
| 2 | 5/1/2018 | $24,378.14 | $8,908.45 | $15,469.69 | $377,833.76 | [    ] |
| 3 | 11/1/2018 | $24,378.14 | $9,264.79 | $15,113.35 | $368,568.97 | [    ] |
|  | 2018 Totals | $48,756.28 | $18,173.24 | $30,583.04 |  |  |
|  | Paid To Date | $162,564.23 | $113,942.03 | $48,622.20 |  |  |
| 4 | 5/1/2019 | $24,378.14 | $9,635.38 | $14,742.76 | $358,933.59 | [    ] |
| 5 | 11/1/2019 | $24,378.14 | $10,020.80 | $14,357.34 | $348,912.79 | [    ] |
|  | 2019 Totals | $48,756.28 | $19,656.18 | $29,100.10 |  |  |
|  | Paid To Date | $211,320.51 | $133,598.21 | $77,722.30 |  |  |
| 6 | 5/1/2020 | $24,378.14 | $10,421.63 | $13,956.51 | $338,491.16 | [    ] |
| 7 | 11/1/2020 | $24,378.14 | $10,838.49 | $13,539.65 | $327,652.67 | [    ] |
|  | 2020 Totals | $48,756.28 | $21,260.12 | $27,496.16 |  |  |
|  | Paid To Date | $260,076.79 | $154,858.33 | $105,218.46 |  |  |
| 8 | 5/1/2021 | $24,378.14 | $11,272.03 | $13,106.11 | $316,380.64 | [    ] |
| 9 | 11/1/2021 | $24,378.14 | $11,722.91 | $12,655.23 | $304,657.73 | [    ] |
|  | 2021 Totals | $48,756.28 | $22,994.94 | $25,761.34 |  |  |
|  | Paid To Date | $308,833.07 | $177,853.27 | $130,979.80 |  |  |
| 10 | 5/1/2022 | $316,844.04 | $304,657.73 | $12,186.31 | $0.00 | [    ] |
|  | 2022 Totals | $316,844.04 | $304,657.73 | $12,186.31 |  |  |
|  | Paid To Date | $625,677.11 | $482,511.00 | $143,166.11 |  |  |

Total payments made: 11

Interest charge per diem on balance of $304,657.73 is $66.77

Total Interest: $143,166.11

8/18/2017 9:40:48 AM                                                                                          Page: 1

5