| IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY | |
|---|---|
| TERRY LEHRMAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>THOMAS J. UTHE, UTHE FARMS, INC., THOMAS E. UTHE, JODIE L. UTHE, AND AUSTIN UTHE,<br><br>DEFENDANTS. | CASE NO. LACV033268<br><br>**CONFESSION OF JUDGMENT** |

The undersigned Defendants, Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc., pursuant to Iowa Code chapter 676, for their Confession of Judgment, respectfully move this Court to enter Judgment in favor of Plaintiff, Terry Lehrman, and against Defendants Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc., jointly and severally, in the amount of $475,000.00, and costs, and in support thereof, state:

1. On or about August 18, 2017, Thomas J. ("TJ") Uthe, executed and delivered to Terry Lehrman the Promissory Note ("Note") attached to the Petition as Exhibit A.

2. On or about August 18, 2017, Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc., executed and delivered to Terry Lehrman the Guaranty attached to the Petition as Exhibit C.

3. Paragraph 7 of the Note provides:

**This Note shall be the joint and several obligation of Borrower and all sureties, guarantors and endorsers, if any, and shall be binding upon them and their successors and assigns. This means that the rights of the Holder may be enforced against the persons who are obligated to pay the sums owing under this Note either individually or together.**

4. On April 27, 2022, TJ filed a Notice of Bankruptcy Filing in the instant matter.

5. Paragraph 5 of the Guaranty provides:

EXHIBIT B

**The liability of each Guarantor is direct, immediate, absolute, continuing, unconditional, and unlimited. Holder shall not be required to pursue any remedies Holder may have against the Debtor as a condition to enforcement of this Guaranty, provided, however, that in the event Holder recovers any amount due and payable from the Debtor, this amount will be credited to the amount owed by the Debtor under the Promissory Note. Each Guarantor shall not be discharged or released by reason of the discharge or release of the Debtor for any reason, including a discharged in bankruptcy, receivership or other proceedings, a disaffirmation or rejection of the Promissory Note by a trustee, custodian, or other representative in bankruptcy, a stay or other enforcement restriction, or any other reduction, modification, impairment or limitations of the liability of the Debtor or any remedy of Holder.**

6. All amounts due and owing under the Note and Guaranty have not been paid.

7. Terry Lehrman is the holder of the Guaranty, and has not released the Guaranty.

8. Terry Lehrman has performed all of his obligations under the Guaranty.

9. Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc. agree that the sum confessed therefor of Four Hundred and Seventy-Five Thousand Dollars ($475,000.00) and costs is justly due by them, jointly and severally.

10. Thomas E. Uthe is authorized to execute this Confession of Judgment on behalf of Uthe Farms, Inc.

11. The verified signatures of Thomas E. Uthe, Jodie L. Uthe, and Thomas E. Uthe on behalf of Uthe Farms, Inc., are below.

WHEREFORE, Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc., jointly and severally, hereby confess judgment in favor of Plaintiff, Terry Lehrman, on behalf of themselves, without action, for the sum of $475,000.00 and costs, and authorize the Clerk of Court of Lucas County, Iowa, or any other Court with jurisdiction, to enter such judgment of record against Thomas E. Uthe, Jodie L. Uthe, and Uthe Farms, Inc., pursuant to the provisions of Iowa Code Chapter 676.

I HAVE READ THE FOREGOING CONFESSION OF JUDGMENT. I HAVE CONSULTED WITH MY ATTORNEY REGARDING THIS CONFESSION OF JUDGMENT. I UNDERSTAND THE TERMS OF THIS CONFESSION OF JUDGMENT, AND FREELY AND VOLUNTARILY SIGN THE SAME.

THOMAS E. UTHE

_____
Thomas E. Uthe

JODIE L. UTHE

_____
Jodie L. Uthe

UTHE FARMS, INC.

By: _____
Thomas E. Uthe, President

STATE OF IOWA, MARION COUNTY, ss.

On December 16th, 2022, Thomas E. Uthe appeared before the undersigned Notary Public and, being duly sworn, stated that his is the identical person named in and who executed the preceding document on his own behalf, and acknowledged its voluntary execution.

BRADLEY J. ADAMS
Commission Number 838320
My Commission Expires
3/24/25

_____
Notary Public in and for
the State of Iowa

STATE OF IOWA, Marion COUNTY, ss.

On Nov 21, 2022, Jodie L. Uthe appeared before the undersigned Notary Public and, being duly sworn, stated that she is the identical person named in and who executed the preceding document on her own behalf, and acknowledged its voluntary execution.

BRADLEY J. ADAMS
Commission Number 838320
My Commission Expires
3/24/25

_____
Notary Public in and for
the State of Iowa

STATE OF IOWA, MARION COUNTY, ss.

On December 16th, 2022, Thomas E. Uthe, on behalf of Uthe Farms, Inc., appeared before the undersigned Notary Public and, being duly sworn, stated that he is the identical person named in and who executed the preceding document on behalf of Uthe Farms, Inc., and acknowledged its voluntary execution.

BRADLEY J. ADAMS
Commission Number 838320
My Commission Expires
3/24/25

_____
Notary Public in and for
the State of Iowa