## Page 1

```
                IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

    CHARTER AG LLP,                )
                                   )
              Plaintiff,           ) Case No. EQCV033267
                                   )
         vs.                       ) DEPOSITION OF
                                   )
    UTHE FARMS, INC. and           ) THOMAS EDWARD UTHE
    THOMAS J. UTHE,                )
                                   )
              Defendants.          )
    _____)
                                   )
    TERRY LEHRMAN,                 )
                                   )
              Plaintiff,           ) Case No. LACV033268
                                   )
         vs.                       )
                                   )
    THOMAS J. UTHE, UTHE           )
    FARMS, INC., THOMAS E.         )
    UTHE, JODIE L. UTHE,           )
    and AUSTIN UTHE,               )
                                   )
              Defendants.          )
    _____)
                                   )
    TERRY LEHRMAN,                 )
                                   )
              Plaintiff,           ) Case No. EQCV033282
                                   )
         vs.                       )
                                   )
    THOMAS J. UTHE, UNITED         )
    STATES OF AMERICA,             )
    DEPARTMENT OF JUSTICE,         )
    AGRIFUND, LLC, PARTIES         )
    IN POSSESSION,                 )
                                   )
              Defendants.          )
    _____)


              Reported by:  Gale Sweeney Christensen,
                            CSR, RPR


              SWEENEY COURT REPORTING  (515) 244-6373
           320 Insurance Exchange Bldg., Des Moines, IA 50309
```

## Page 2

```
           THE DEPOSITION OF THOMAS EDWARD
UTHE, taken before Gale Sweeney Christensen,
Certified Shorthand Reporter, Registered
Professional Reporter, and Notary Public of
the State of Iowa, commencing at 9 a.m.,
June 4, 2021, at Suite 100, 6701 Westown
Parkway, West Des Moines, Iowa.
              A P P E A R A N C E S
Plaintiffs by: DANIEL P. KRESOWIK
                  Attorney at Law
                  Suite 100
                  6701 Westown Parkway
                  West Des Moines, Iowa 50266
                  dan.kresowik@brickgentrylaw.com

Defendants by: CHRISTOPHER STEWART
                  Attorney at Law
                  2015 Grand Avenue
                  Des Moines, Iowa 50312
                  cstewart@gbswlaw.com

Also present:  Jodie  Uthe
               Austin Uthe
               Terry Lehrman
```

## Page 3

```
                INDEX OF EXAMINATION
Examination by              Page
Mr. Kresowik                4, 64
Mr. Stewart                 62


                     EXHIBITS
Exhibit
Number       Description                    Page

Exhibit 46   Dft Thomas E. Uthe's           56
             First Supplemental
             Answers to Plf's First
             Set of Interrogatories

Exhibit 47   Dft Thomas E. Uthe's           57
             First Supplemental
             Responses to Plf's First
             Set of Request For
             Production of Documents

Exhibit 48   US Bankruptcy Petition         58
             filed 7/31/1991

Exhibit 49   US Bankruptcy Petition         59
             filed 10/30/2015

Exhibit 50   US District Court              59
             Criminal Docket Sheet
             USA v. Uthe
```

## Page 4

                THOMAS EDWARD UTHE,
    called as a witness, having been first duly
    sworn, testified as follows:
                DIRECT EXAMINATION
    BY MR. KRESOWIK:
    Q.  Good morning, Mr. Uthe.  You were here
    for your son TJ's deposition all day
    yesterday; correct?
    A.  Yes.
    Q.  So I'm not going to bother going over
    the ground rules.  I assume you're familiar
    with them.
    A.  Yes.
    Q.  Where were you born?
    A.  Ames, Iowa.
    Q.  What year?
    A.  1954.
    Q.  What is your full name?
    A.  Thomas Edward Uthe.
    Q.  Have you ever been known by any other
    names?
    A.  Tom.
    Q.  What is your current address?
    A.  23091 510th Lane, Chariton, Iowa.
    Q.  Do you have a cellular telephone number?

**EXHIBIT C**

## Page 9

1 A. No.
2 Q. Any other convictions for theft?
3 A. No.
4 Q. Perjury?
5 A. No.
6 Q. Burglary?
7 A. No.
8 Q. Fraud?
9 A. No.
10 Q. Forgery?
11 A. No.
12 Q. How did you come to know Terry Lehrman?
13 A. Through the Craigslist ad that he
14 posted.
15 Q. How long had you been involved in custom
16 farming before you saw the Craigslist ad?
17 A. Oh, off and on doing different services
18 for different farmers.
19 Q. What do you consider your current
20 occupation?
21 A. I'm retired.
22 Q. Retired. When you were employed what
23 did you consider your occupation?
24 A. A self-employed farmer.
25 Q. I've handed you what we've previously

## Page 10

1 marked as Exhibit 3. Are you familiar with
2 Exhibit 3?
3 A. Yes.
4 Q. What is Exhibit 3?
5 A. It's a list of machinery.
6 Q. And who generated this list?
7 A. I believe it was Wells Fargo did.
8 Q. Did you ever discuss Exhibit 3 with
9 Terry?
10 A. No, I don't believe I did.
11 Q. Were you ever present during any
12 discussions between your sons and Terry about
13 Exhibit 3?
14 A. Yes.
15 Q. And when was that?
16 A. When we first started talking about the
17 upcoming sheriff's sale.
18 Q. And when we're talking about the
19 sheriff's sale, that's the sheriff's sale
20 referenced in Exhibit 4?
21 A. Yes.
22 Q. How soon before the sheriff's sale,
23 which occurred May 2nd, 2017, did you start
24 talking with Terry Lehrman?
25 A. I think we met in the fall before.

## Page 11

1 Q. It would be fall of '16?
2 A. Yeah, I believe so.
3 Q. And did you know at that time the
4 sheriff's sale would be upcoming?
5 A. Yes.
6 Q. And were you asking Terry to do anything
7 with respect to the sheriff's sale?
8 A. Well, after he posted his ad, you know,
9 it sparked our interests of how we could work
10 together.
11 Q. Work together, what do you mean?
12 A. With custom farming and keeping the
13 properties intact.
14 Q. And you say the properties, the
15 properties that were going to be sold at the
16 sheriff's sale in May of 2017?
17 A. Correct.
18 Q. How many properties were sold at that
19 sheriff's sale, if you recall?
20 A. Three.
21 Q. Do you have different names for the
22 properties? And feel free to look at
23 Exhibit 4 if it helps you refresh your
24 recollection.
25 A. Well, it's the office/shop, maintenance

## Page 12

1 building, and then it's the grain facility.
2 And then the third property is what we call
3 the west shop, which just is basically a
4 storage facility.
5 Q. Do you recall when you were first
6 present when content of Exhibit 3 was
7 discussed with Terry Lehrman?
8 A. I'm sorry. Repeat.
9 Q. Sure. I believe you testified that you
10 were present during some conversations
11 between your sons and Mr. Lehrman about the
12 content of Exhibit 3; correct?
13 A. Correct.
14 Q. Do you recall in relation to the
15 sheriff's sale when was the first time you
16 were present when there were discussions
17 between your sons and Terry Lehrman about the
18 content of Exhibit 3?
19 A. Yes.
20 Q. When?
21 A. I don't recall the date.
22 Q. I mean, was it days before the sheriff's
23 sale? Weeks? Months?
24 A. Oh, probably a week before.
25 Q. Where was this discussion?

## Page 13

A. At our office.

Q. Sticking with Exhibit 3, do you know what year purchased means, that column?

A. It was the year the equipment was purchased.

Q. Purchased by whom?

A. Uthe Farms.

Q. Did Uthe Farms purchase all of this equipment referenced in Exhibit 3?

A. Yes.

Q. The percent ownership column, do you know what that means?

A. Yes.

Q. What does it mean?

A. What percent of the equipment is owned by Uthe Farms.

Q. This document Exhibit 3 has a date at the top of 2/27/15. Do you see that?

A. Yes.

Q. And then on the left side it has 2/23 of '15. My assumption is that this was a balance sheet updated through 2/23 and maybe printed on 2/27. Do you have any reason to dispute that?

A. No.

## Page 14

Q. So as of 2/23 -- I'm not holding you to it -- but let's say as of February 23, 2015, do you believe this balance sheet was accurate?

A. Yes.

Q. As of May 2nd, 2017, do you believe this balance statement was accurate?

A. Yes.

Q. Market value, do you know what that means?

A. Estimated market value of equipment.

Q. Who estimated those market values?

A. I probably did.

Q. What did you use to estimate them?

A. Oh, just Machinery Pete or any valuation for farm equipment.

Q. What's Machinery Pete?

A. It's a website that you can go to look up different values of machinery.

Q. For what purpose would you have listed a market value for this equipment? What were you trying to show?

A. I was doing a balance statement for the bank.

Q. What bank?

## Page 15

A. Wells Fargo.

Q. Why did they need a balance statement?

A. It's just something I do annually. It was part of the farming operation.

Q. Farming operation for Uthe Farms?

A. Correct.

Q. Would you have had a 2016 balance sheet for Uthe Farms?

A. Probably not.

Q. Why not?

A. Because I wasn't farming in '16.

Q. Did you have any ownership interest in Uthe Farms in 2016?

A. Yes.

Q. Were you an employee of Uthe Farms in 2016?

A. No.

Q. Were you an officer or director of Uthe Farms in 2016?

A. Yes.

Q. Would Uthe Farms have a balance sheet for 2017?

A. No.

Q. 2018?

A. I don't think so.

## Page 16

Q. 2019?

A. I don't know.

Q. 2020?

A. I don't know that either.

Q. Let's look at the first page of Exhibit 3, please. And there is an item struck out. Do you know why that item was stricken?

A. It was a return to John Deere.

Q. Do you recall when?

A. No.

Q. Was it prior or after the sheriff's sale?

A. Prior.

Q. If you look at the second page of Exhibit 3, please, there is two items that have been struck. The first one is the John Deere tractor 9330. Do you know why that item was struck?

A. Yeah, it was returned to John Deere.

Q. Prior or after the sheriff's sale?

A. Prior.

Q. Next one, JD 7000 planter, do you know why that item was struck?

A. Because it was sold.

## Page 17

| | | |
|---|---|---|
| 09:12:54 | 1 | Q. Do you recall when it was sold? |
| 09:12:56 | 2 | A. No. |
| 09:12:57 | 3 | Q. Prior to or after the sheriff's sale? |
| 09:13:02 | 4 | A. Prior. |
| 09:13:02 | 5 | Q. Last handwriting, 2012 Dakota grain |
| 09:13:07 | 6 | trailer, 30 K each, is that four of them |
| 09:13:09 | 7 | listed? |
| 09:13:10 | 8 | A. That's four. |
| 09:13:10 | 9 | Q. Do you know why that handwriting was |
| 09:13:12 | 10 | added? |
| 09:13:13 | 11 | A. Because it wasn't included. |
| 09:13:14 | 12 | Q. What do you mean it wasn't included? |
| 09:13:16 | 13 | A. It wasn't included on the list. |
| 09:13:18 | 14 | Q. And it was supposed to be included on |
| 09:13:20 | 15 | the list? |
| 09:13:21 | 16 | A. Yes. |
| 09:13:21 | 17 | Q. Do you know whose handwriting that is? |
| 09:13:24 | 18 | A. No, I don't. |
| 09:13:25 | 19 | Q. Let's go to Exhibit 4, please. And I'll |
| 09:13:36 | 20 | keep them just to keep them organized. |
| 09:13:39 | 21 | Thanks. Did you have any discussions with |
| 09:13:42 | 22 | Terry Lehrman about bidding on the properties |
| 09:13:44 | 23 | at the sheriff's sale? |
| 09:13:45 | 24 | A. We talked about it. |
| 09:13:46 | 25 | Q. What is your recollection of those |

## Page 18

| | | |
|---|---|---|
| 09:13:47 | 1 | discussions? |
| 09:13:48 | 2 | A. He said he would see what he could do. |
| 09:13:50 | 3 | Q. See what he could do to what? |
| 09:13:52 | 4 | A. Help us secure the properties. |
| 09:13:54 | 5 | Q. Who owned the property at the time of |
| 09:13:57 | 6 | the sheriff's sale? |
| 09:13:58 | 7 | A. Uthe Farms. |
| 09:13:59 | 8 | Q. How long had Uthe Farms owned that |
| 09:14:02 | 9 | property? |
| 09:14:03 | 10 | A. It varied between each property. |
| 09:14:12 | 11 | Q. Let's start with the -- was it West |
| 09:14:16 | 12 | Shop? |
| 09:14:17 | 13 | A. Yeah, the West Shop I purchased, oh, in |
| 09:14:28 | 14 | '12, 2012. |
| 09:14:30 | 15 | Q. Grain facility? |
| 09:14:31 | 16 | A. I think in '13, 2013. |
| 09:14:40 | 17 | Q. Office and shop? |
| 09:14:41 | 18 | A. I think that was a '13 purchase as well. |
| 09:14:44 | 19 | Q. How long -- or strike that. When was |
| 09:14:47 | 20 | Uthe Farms incorporated? |
| 09:14:48 | 21 | A. '96, 1996. |
| 09:14:52 | 22 | Q. At the time of incorporation were you |
| 09:14:57 | 23 | the sole owner? |
| 09:14:58 | 24 | A. Yes. |
| 09:14:58 | 25 | Q. When did that change between you being |

## Page 19

| | | |
|---|---|---|
| 09:15:00 | 1 | the sole owner to having other owners first |
| 09:15:03 | 2 | time? |
| 09:15:03 | 3 | A. When Jodie and I got married. |
| 09:15:06 | 4 | Q. Were you 50/50 when you got married? |
| 09:15:09 | 5 | A. Yes. |
| 09:15:10 | 6 | Q. And then it's changed a couple times |
| 09:15:14 | 7 | since then ownership; is that accurate? |
| 09:15:15 | 8 | A. No. |
| 09:15:16 | 9 | Q. Who is the current owners of Uthe Farms? |
| 09:15:18 | 10 | A. Me and my son, Joel. |
| 09:15:20 | 11 | Q. What's your percent ownership? |
| 09:15:22 | 12 | A. 50 percent. |
| 09:15:24 | 13 | Q. What's Joel's percent ownership? |
| 09:15:26 | 14 | A. 50 percent. |
| 09:15:27 | 15 | Q. Have you always been 50 percent owner |
| 09:15:29 | 16 | since you and Jodi got married? |
| 09:15:31 | 17 | A. Yes. |
| 09:15:32 | 18 | Q. And then when did Joel become 50 percent |
| 09:15:35 | 19 | owner? |
| 09:15:35 | 20 | A. Just this year. |
| 09:15:36 | 21 | Q. 2021? |
| 09:15:37 | 22 | A. Correct. |
| 09:15:41 | 23 | Q. Why? |
| 09:15:42 | 24 | A. Joel is starting a farm, so I thought |
| 09:15:44 | 25 | that would help him out. |

## Page 20

| | | |
|---|---|---|
| 09:15:45 | 1 | Q. Was Jodi a 50 percent owner up until |
| 09:15:49 | 2 | Joel became an owner this year? |
| 09:15:52 | 3 | A. Yes. |
| 09:15:52 | 4 | Q. Who are the current officers of Uthe |
| 09:15:57 | 5 | Farms? |
| 09:15:58 | 6 | A. I'm president and Jodi is vice |
| 09:16:02 | 7 | president. |
| 09:16:02 | 8 | Q. Who are the current directors of Uthe |
| 09:16:06 | 9 | Farms? |
| 09:16:07 | 10 | A. Austin and TJ, and I think Joel is the |
| 09:16:13 | 11 | director too. |
| 09:16:14 | 12 | Q. Just the three of them? |
| 09:16:16 | 13 | A. Yes. |
| 09:16:16 | 14 | Q. When did you cease serving as a |
| 09:16:23 | 15 | director? |
| 09:16:23 | 16 | A. When -- well, I never was a director. |
| 09:16:27 | 17 | Q. Who was director before Austin, TJ, and |
| 09:16:36 | 18 | Joel? |
| 09:16:37 | 19 | A. There wasn't. |
| 09:16:38 | 20 | Q. When did Austin, TJ, and Joel become |
| 09:16:52 | 21 | directors? |
| 09:16:53 | 22 | A. Just a couple years ago. |
| 09:16:54 | 23 | Q. Am I correct in understanding, then, |
| 09:16:56 | 24 | there were no board meetings before those |
| 09:16:58 | 25 | three became directors? |

## Page 25

Q. entities have full authority to enter into an agreement to sell the referenced items, do you believe that was accurate as of 5/2 of '17?

A. Yes.

Q. The dollar amounts on page 3 of Exhibit 6, do you know how those were derived?

A. I think that number came off Exhibit 4.

Q. 3?

A. 3.

Q. And, again, Exhibit 3 looks to me like it had been prepared in '15. Do you know, since we are two-plus years later, had depreciation been factored in? Had any further analysis been done to assess current market value?

A. I don't know.

Q. Look at the third paragraph of Exhibit 6, please, page 1. It states the sellers agreed to lease the equipment from 5/2/17 to 3/1/18 as specified above. Was all of the equipment returned on 3/1/18 or before then?

A. What do you mean returned?

## Page 26

Q. It says they agreed to lease the equipment from 5/2 of '17 to 3/1/18 as specified above. To me that means that if they are leasing the equipment through 3/1 of '18 then as of 3/1/18 or before they need to return them, the sellers? Do you have a different understanding?

A. Yeah, I don't -- I don't know what that means.

Q. Well, let me ask you this: Did sellers -- and when I'm saying sellers, it's you, Jodie, TJ, Austin, and Uthe Farms -- return all of the equipment to Terry on 3/1/18?

A. No.

Q. Do you know who has possession of the equipment on page 3 of Exhibit 6?

A. Uthe Farms does.

Q. All of it?

A. Not all of them.

Q. Which one does Uthe Farms not have possession of anymore?

A. Well, there'd be several items that are either sold or traded in.

Q. States in paragraph 3: Further, they

## Page 27

agree to maintain the equipment and vehicles such that they will be returned in like quality. Usage will be limited to 300 engine hours/year for powered farm machines and 30,000 miles for licensed vehicles. Do you know whether that was done, whether those limits were met?

A. I believe so.

Q. Fourth paragraph states the sellers/lessees have the option to purchase the list of equipment in vehicles for 475,000 on March 1st, 2018. Was that option ever exercised?

A. No.

Q. The next paragraph, the sellers also have the option if elected in writing by 1/1/18 to enter into a three-year lease with option to purchase the list of equipment attached. Was that option ever exercised?

A. No.

Q. Page 2 of Exhibit 6, is that your signature in the left column as Tom Uthe for Uthe Farms, Inc., and Tom Uthe as individual?

A. Yes.

Q. Then in the right column is that your

## Page 28

handwriting signed Jodie Uthe by Tom Uthe, POA?

A. Yes.

Q. At the time did you hold Jodie's POA?

A. Yes.

Q. How long had you been Jodie's POA?

A. Quite a while.

Q. What was that POA for? Was it just financial?

A. Financial and FSA paperwork.

Q. Do you still have a copy of the POA that was in existence as of 5/2/17?

A. Oh, I -- I don't know if there is a copy around anywhere or not.

Q. Are you still POA for Jodie?

A. No.

Q. When did that cease?

A. Well, we don't -- we don't farm anymore, so there is no need for one.

Q. But let's talk about the POA that was in existence as of 5/2 of '17. Was that POA limited to a specific period of time?

A. I don't believe so.

Q. So did that POA terminate? Did Jodie do something to revoke that POA?

*Schedule J: Machinery and equipment*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct Ownership | Market Value |
|---|---|---|---|---|---|
| Kuhn Disk Mower | - | | 1996 | 100.00 % | 6,950 |
| 1000 Gallon LP Tank | - | | 2014 | 100.00 % | 1,000 |
| JD 2700 Disk Ripper | - | | 2008 | 100.00 % | 24,500 |
| JD A Tractor | - | | 2010 | 100.00 % | 1,400 |
| JD 4x2 Gators TX | - | | 2010 | 100.00 % | 7,000 |
| H&H Tilt Bed Trailer | 2008 | | 2008 | 100.00 % | 2,000 |
| JD 612 Corn Head | - | | 2011 | 100.00 % | 50,000 |
| Hiniker Snow Plow | - | | 2000 | 100.00 % | 2,000 |
| Clarks Seed Tender | - | | 2008 | 100.00 % | 8,000 |
| Brant 35' Belt Conveyor | - | | 2005 | 100.00 % | 8,000 |
| Rickel Water Tender | - | | 1997 | 100.00 % | 10,400 |
| JD 4430 Tractor | - | | 2009 | 100.00 % | 17,000 |
| IH 966 Tractor | - | | 1999 | 100.00 % | 6,750 |
| AC LP Fork Lift | - | | 1995 | 100.00 % | 3,000 |
| JD Pallet Forks | - | | 2011 | 100.00 % | 850 |
| Walinga 614 Grain Vac | - | | 2011 | 100.00 % | 2,300 |
| JD Rear Weights 250 Skid | - | | 2012 | 100.00 % | 560 |
| JD Keycard AMS software | - | | 2005 | 100.00 % | 11,500 |
| JD GreenStar 2630/3000ITC | - | | 2012 | 100.00 % | 17,000 |
| JD GS2 2600/ ITC Rvrs | - | | 2008 | 100.00 % | 24,300 |
| JD AMS System | - | | 2003 | 100.00 % | 13,100 |
| ~~JD 9870 Combine~~ | ~~2009~~ | | ~~2011~~ | ~~100.00 %~~ | ~~240,000~~ |
| Strobel Supper Tender | - | | 2009 | 100.00 % | 15,000 |
| JD 1770 CCS Planter | 2004 | | 2005 | 100.00 % | 100,000 |
| Hiniker Hydrablade | - | | 1995 | 100.00 % | 2,000 |
| Feteral Grain Augar | - | | 2002 | 100.00 % | 11,500 |
| Walinga 614 Grain Vac | - | | 1999 | 100.00 % | 12,000 |
| Bushog Brush Mower | - | | 1998 | 100.00 % | 1,800 |
| Brent 640 Wagons | - | | 1996 | 100.00 % | 12,000 |
| JD 8520 Tractor | 2003 | | 2003 | 100.00 % | 175,000 |
| JD 215 Trimmer | - | | 1995 | 100.00 % | 300 |
| JD 2BU Leaf Blower | - | | 1995 | 100.00 % | 195 |
| Gateway Computers | - | | 1995 | 100.00 % | 1,500 |
| Sears Tiller | - | | 2003 | 100.00 % | 500 |
| JD 955 Tractor / 72" Deck | - | | 1999 | 100.00 % | 12,000 |
| Ag-Chem Terragator 2505 | 1986 | | 2011 | 100.00 % | 36,500 |
| Motorolla FM Handhelds | - | | 2011 | 100.00 % | 1,000 |
| Feteral Grain Auger (2) | - | | 2012 | 100.00 % | 200 |
| JD 2630 Tractor w/ loader | - | | 2012 | 100.00 % | 6,700 |
| Oxygen Acteylene Torch | - | | 2006 | 100.00 % | 1,500 |
| Brent 1084 Grain Cart (1) | - | | 2007 | 100.00 % | 37,000 |
| 8"x24' Grain Bin Sweep | - | | 2007 | 100.00 % | 300 |
| 550 Gallon Fuel Trailer | - | | 2006 | 100.00 % | 3,300 |
| JD 1293 Corn Reel | - | | 2007 | 100.00 % | 700 |
| Grain Vac Tubes | - | | 2007 | 100.00 % | 2,000 |
| JD 9400T Tractor | - | | 2009 | 100.00 % | 112,000 |
| J&M Head Trailer 36' | - | | 2008 | 100.00 % | 5,600 |
| JD 1690 Seeder | - | | 2004 | 100.00 % | 45,000 |
| Brent 1084 Grain Cart (2) | - | | 2004 | 100.00 % | 31,000 |
| Mauer Head Trailer | - | | 2010 | 100.00 % | 5,700 |

FINPACK © Center For Farm Financial Management
University of Minnesota

Prepared by:
Wells Fargo Bank, N.A.

EXHIBIT 3
6/3/21 GSK

6

*Schedule J: Machinery and equipment (cont)*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct Ownership | Market Value |
|---|---|---|---|---|---|
| Ingersol Air Compressor | - | | 2004 | 100.00 % | 2,000 |
| Brent 640 Wagon Tarps | - | | 2004 | 100.00 % | 2,650 |
| Keifer Flatbed Trailer | 2003 | | 2009 | 100.00 % | 2,800 |
| JD 635F Bean Head | 2006 | | 2010 | 100.00 % | 26,500 |
| JD 250 Skid Loader | - | | 2009 | 100.00 % | 11,000 |
| Westfield 10"x31' Auger | - | | 2011 | 100.00 % | 3,900 |
| ~~JD 9330 Tractor~~ | ~~2000~~ | | ~~2013~~ | ~~100.00 %~~ | ~~226,000~~ |
| Krause Excellerator VT | 2014 | | 2014 | 100.00 % | 115,000 |
| IH 1086 Tractor | - | | - | 100.00 % | 12,000 |
| ~~JD 7000 Planter~~ | - | | - | ~~100.00 %~~ | ~~1,500~~ |
| JD 4-Row Cultivator | - | | - | 100.00 % | 500 |
| JD 1010 Field Cultivator | - | | - | 100.00 % | 500 |
| Tye Grain Drill 15' | - | | - | 100.00 % | 1,500 |
| Honda Generator | 2013 | | - | 100.00 % | 2,700 |
| Hotsy Power Washers | 2006 | | - | 100.00 % | 6,000 |
| 2000 Gallon Fuel Tank | - | | - | 100.00 % | 3,500 |
| Ingersoll Air Comp (2) | - | | - | 100.00 % | 4,000 |
| JD 2018 Rotary Mower | - | | - | 100.00 % | 6,500 |
| Total machinery and equipment | | | | | 1,518,455 |

*Schedule K: Titled vehicles*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Market Value |
|---|---|---|---|---|---|
| Kenworth Semi Tractor | 2001 | | 2007 | 100.00 % | 52,000 |
| Kenworth Semi Tractor | 2000 | | 2006 | 100.00 % | 25,000 |
| Kenworth Semi Tractor | 1997 | | 2007 | 100.00 % | 12,000 |
| Kenworth Semi Tractor | 1991 | | 2013 | 100.00 % | 5,000 |
| Kenworth Semi Tractor | 2012 | | 2012 | 100.00 % | 110,000 |
| Kenworth Semi Tractor | 1957 | | 2014 | 100.00 % | 10,000 |
| Kenworth Semi Tractor | 1980 | | 2014 | 100.00 % | 1,000 |
| Chevrolet Silverado | 2000 | | 2000 | 100.00 % | 20,000 |
| Chevrolet Silverado | 1986 | | 1999 | 100.00 % | 5,000 |
| Chevrolet Silverado | 2011 | | 2013 | 100.00 % | 40,000 |
| Polaris Sportsman 500 | 2013 | | 2013 | 100.00 % | 5,500 |
| Total titled vehicles | | | | | 285,500 |

[handwritten: (4) 2012 Dakota Grain Trailers   30K each]

*Schedule M: Land*

| | Acres | Mkt Value Per Acr | Market Value |
|---|---|---|---|
| Home Farm | 25 | 3,000 | 75,000 |
| Total land | 25 | | 75,000 |

Original

I, Terry Lehrman, hereby agree to purchase the attached list of vehicles & equipment from Uthe Farms Inc and/or any other parties with interest in the property. The purchase price will be $475,000 payable immediately. The purchase is subject to a leaseback for the period of 5-2-17 until 3-1-18. The m/o month lease amount is $31,667 that is due any payable on 12-1-17

The seller(s), Uthe Farms Inc t/or Tom and Jodie Uthe t/or T.J. Uthe t/or Austin Uthe, hereby certify that they have free and clear title/ownership of the items on the attached list & have full authority to enter into an agreement to sell the referenced items.

The sellers agree to lease the equipment from 5-2-17 to 3-1-18 as specified above. Further, they agree to maintain the equipment and vehicles such that they will be returned in like quality. Useage will be limited to 300 engine hours/yr for powered farm machines and 30,000 miles for licensed vehicles. This is an agreement in principle, A more comprehensive lease document will be executed at a later date.

The sellers/lessees have the option to purchase the list of equipment & vehicles for $475,000 on March 1, 2018.

The sellers also have the option, if elected in writing by 1-1-18, to enter into a 3 yr lease with option to purchase the list of equipment attached. The annual lease amount is $71,250 with 50% paid Mar 1 and 50% paid Nov 1 of each year. The sellers/lessees have the right to buy the list of equipment on the following dates & prices:



EXHIBIT
6
6/3/21 GX

Original

Latham Hi-Tech Seeds
131 180th Street
Alexander, IA 50420
Tel: 1.877.GO.LATHAM
(1.877.465-2842)
Fax: 641.692.3250
www.lathamseeds.com

Buyback dates and amounts

3-1-19    $441,750

3-1-20    $410,828

3-1-21    $382,070

The $475,000 will be wired to TJ Uthe's account in exchange for the ownership of the attached list of equipment

_____
Terry Lehrman, Buyer

_____
Tom Uthe for Uthe Farms Inc

_____
Jodie Uthe by Tom Uthe POA
Jodie Uthe for Uthe Farms Inc

_____
Tom Uthe as Individual

_____
Jodie Uthe by Tom Uthe POA
Jodie Uthe as Individual

_____
TJ Uthe

_____
Austin Uthe

Independent. Options.℠

9

JD 2700 Disk Ripper 10,000
JD 612 Corn Head 25,000
JD 4430 Tractor 10,000
IH 966 Tractor 7,000
Walinga Grain Vac 2,000
JD 1770 Planter 25,000
Feterl Auger 8,000
Walinga 614 Grain Vac 10,000
Brent 640 Wagon 8,000
JD 8520 Tractor 60,000
Ag Chem 2505 Terragator 11,000
2) Brent 1084 Grain Carts 50,000
JD 9400T Tractor 50,000
JD 1690 Seeder 32,000
JD 635F Bean Head 6,000
JD 250 Skid Loader 9,000
Krause Excellerator VT 45,000
IH 1086 Tractor 8,000
IH 5288 Tractor 12,000
4) Dakota Grain Trailers 72,000
Kenworth 2012 30,000
Kenworth 2001 15,000
Kenworth 2000 15,000
Kenworth 1997 7000
Kenworth 1991 3000
$530,000

EXHIBIT

10