# LUCAS COUNTY SHERIFF'S OFFICE

## PROPERTY RECEIPT

CASE NUMBER 05591LACV033268 Reason Taken (check one) ____ Evidence ____ Safekeeping __X__ Seized

OFFICER TAKING PROPERTY Brett Tharp

DEFENDANT/CUSTODIAN Uthe Farms Inc. D.O.B. _____ OLN _____

LOCATION 116 E Albia Rd DATE 11/3/23 TIME 1420

### DESCRIPTION OF PROPERTY:

1084 grain cart Brent
JD 8520 Tractor
2001 Kenworth
(3) Dakota grain trailer
2003 International 2HSCEAXR63C065044

---

### FINAL DISPOSITION OF PROPERTY

DATE PROPERTY DESTROYED _____ Officer _____

---

### PROPERTY RETURNED TO OWNER

DESCRIPTION:

DATE OF RETURN _____ Officer _____

SIGNATURE OF OWNER/CUSTODIAN _____

**EXHIBIT E**

# LUCAS COUNTY SHERIFF'S OFFICE

## PROPERTY RECEIPT

CASE NUMBER 05581 LACV033268  Reason Taken (check one) ____ Evidence ____ Safekeeping _X_ Seized

OFFICER TAKING PROPERTY  Brett Tharp

DEFENDANT/CUSTODIAN  Utle Farms Inc   D.O.B. _____ OLN _____

LOCATION  1101 Auburn Ave   DATE 11/3/23  TIME 1430

### DESCRIPTION OF PROPERTY:

IH 1086 tractor
walinga 614 Grain vac

---

### FINAL DISPOSITION OF PROPERTY

DATE PROPERTY DESTROYED _____ Officer _____

---

### PROPERTY RETURNED TO OWNER

DESCRIPTION:

DATE OF RETURN _____ Officer _____

SIGNATURE OF OWNER/CUSTODIAN _____